## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN DALY, EDWARD IVEY, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>BILLY MCFARLAND, an individual; JEFFREY ATKINS p/k/a JA RULE, an individual; FYRE MEDIA, INC., a Delaware corporation; and DOES 1 through 50, inclusive;<br><br>  Defendants. | Case No.: 17-cv-03461-~~KBF~~ PKC<br><br>**STIPULATED DISMISSAL OF ACTION WITHOUT PREJUDICE**<br>( JEFFREY ATKINS )<br>**[F.R.Civ.P 41(a)(1)(A)(ii)]**<br><br>USDC  NY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 4/19/18 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Sean Daly and

Edward Ivey, and Defendant Jeffrey Atkins, as follows:

1.     WHEREAS, on May 9, 2017, Plaintiffs Sean Daly and Edward Ivey

("Plaintiffs") filed this action ("Plaintiffs' Complaint") on behalf of themselves and all other

persons similarly situated against Defendants Billy McFarland, Jeffrey Atkins, and Fyre Media,

Inc. ("Defendants"); and

2.     WHEREAS, in September 11, 2017, Defendant Jeffrey Atkins filed an Answer to

Plaintiffs' Complaint; and

3.     WHEREAS, no other Defendant has made an appearance in this Action; and

4.     WHEREAS, no class has been certified;

5.     IT IS HEREBY STIPULATED by and between the Plaintiffs and Defendant

Jeffrey Atkins through their undersigned counsel that Plaintiffs' Complaint and all claims for

relief alleged therein in Plaintiffs' individual capacity and not on behalf of any class they are

alleged to represent, shall be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Plaintiffs and Defendant Jeffrey Atkins shall each bear their own costs and fees.  Pursuant to rule

41(a)(1)(B), this stipulated dismissal will be effective immediately upon filing without the need

for a Court order.

GLANCY PRONGAY & MURRAY LLP          SMITH LAW
Attorneys for Plaintiffs                             Attorneys for Defendant, Jeffrey Atkins

By:                                                          By:
      MARC L. GODINO (*Pro Hac Vice*)               RYAN H. SMITH (*Pro Hac Vice*)
      1925 Century Park East                              3737 Glenwood Ave.
      Suite 2100                                               Suite 100
      Los Angeles, CA 90025                             Raleigh, NC 27612
      Telephone: (310) 201-9150                       Telephone: (919) 809-3807
      Facsimile: (310 201-9150

SO ORDERED

_____, USDS

4-9-18